UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS SENTEMENTES,<br>    *Plaintiff,*<br>*v.*<br>DENNIS McDONOUGH,<br>    *Defendant.* | Civil No. 3:14cv1573 (JBA)<br><br>November 30, 2015 |

**ORDER REOPENING TIME TO APPEAL**

Pro se Plaintiff Thomas Sentementes, incarcerated at the Cheshire Correctional Institution ("CCI"), initiated this case on October 23, 2014 against his special public defender Attorney Dennis McDonough. On December 24, 2014, pursuant to 28 U.S.C. § 1915A, the Court issued an Initial Review Order [Doc. # 9] dismissing Mr. Sentementes's complaint. Judgment entered [Doc. # 10] in favor of Defendant on December 29, 2014. A copy of the Judgment was mailed to Mr. Sentementes, but it was returned on January 21, 2015 as undeliverable because Mr. Sentementes was no longer incarcerated at CCI. The Court mailed a second copy of the Judgment and a notice of appeal form to Mr. Sentementes at Osborn Correctional Institution on March 27, 2015.

Plaintiff filed a notice of appeal [Doc. # 11] twelve days later, on April 9, 2015. Several months later, on July 17, 2015, Plaintiff sought reopening of the time to file a notice of appeal, which the Court granted [Doc. # 14] on August 12, 2015. The Court of Appeals, meanwhile, reviewing only the record up to April 9, 2015, dismissed the notice of appeal and directed this Court to construe the notice of appeal as a motion for reopening the time for appeal. For the reasons discussed in this Court's August 12, 2015

Order, Mr. Sentementes's motion for reopening the time to file an appeal is granted. He may file a new notice of appeal.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 30th day of November 2015.